No. 85–7136.  KIMBLE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 85–7137.  CUVREAU ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 85–7138.  ABNEY *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 85–7139.  PETERSEN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85–7140.  TAYLOR *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 85–7143.  SHAW *v.* JOHNSON, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 85–7144.  THOMPSON *v.* OWEN ET AL.  C. A. 5th Cir. Certiorari denied.

No. 85–7145.  MORKE *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–7146.  YOUNGS-SETTLE *v.* ANDERSON.  C. A. 5th Cir. Certiorari denied.

No. 85–7147.  RODERICK *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 85–7148.  McKOY *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 85–7149.  LANE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 85–7151.  HARTMAN *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 85–7153.  FRIEL *v.* MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 85–7155.  KOENIG *v.* JONES ET AL.  C. A. 8th Cir.  Certiorari denied.